

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,528-01

### EX PARTE DEMETRIUS KOCHEE DANIELS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1364037-A IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. KELLER, P.J., HERVEY, YEARY, AND SLAUGHTER, JJ., *dissented*.

### O P I N I O N

Applicant was convicted of evading arrest and sentenced to forty years' imprisonment as a habitual felon. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant argued that trial counsel was ineffective regarding both the conviction and the sentence and that the State engaged in misconduct. The trial court appointed habeas counsel and conducted an evidentiary hearing. The trial court recommends that this Court deny habeas relief regarding the merits of the conviction, but the trial court recommends that this Court grant a new punishment hearing. The State is opposed.

This Court has made an independent review of the record, including the objections filed by

the State. The trial court's findings and recommendation are supported by the record and applicable law. *See Strickland v. Washington*, 466 U.S. 668 (1984).

The forty-year sentence assessed in cause number 136403701010 in the 351st District Court of Harris County is vacated. Applicant is remanded to the custody of the Sheriff of Harris County so that the trial court may conduct a new punishment hearing. As to the merits of the evading conviction, habeas relief is denied.

The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate. Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     FEBRUARY 1, 2023
Do not publish